# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-271-RJC-DCK

| | |
|---|---|
| GEORGE H. HAMILTON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SCOTT FORMAN; and JAMIE MCCLEAN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding Plaintiff's "Application To Proceed In District Court Without Prepaying Fees Or Costs" (Document No. 2) filed June 11, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that the Honorable Robert J. Conrad, Jr. issued an "Order" (Document No. 3) on August 6, 2019, directing that *pro se* Plaintiff: (1) pay the filing fee in monthly installments of $20, beginning with an initial payment by August 16, 2019; and (2) furnish the Court with his Notice of Charge Of Discrimination by August 16, 2019. It appears to the undersigned that Plaintiff has satisfied Judge Conrad's initial requirements, and therefore, that Plaintiff's motion should be granted and service of process should be made upon Defendants by the U.S. Marshal.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Application To Proceed In District Court Without Prepaying Fees Or Costs" (Document No. 2) is **GRANTED**, consistent with the requirements set forth in Judge Conrad's "Order" (Document No. 3).

**IT IS FURTHER ORDERED** that:

1. The Clerk of Court is directed to issue process and to provide such process, along with sufficient copies of the Complaint, as well as this Order, to the United States Marshal for service;

2. The United States Marshal shall serve process upon Defendant at the expense of the United States Government, however, any recovery in this action may be subject to payment of fees and costs, including service of process and filing fees; and

3. The Clerk of Court shall serve this Order on Plaintiff by U.S. Mail.

**SO ORDERED**.

Signed: August 20, 2019

David C. Keesler
United States Magistrate Judge